UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __12-6193__

Case Name: __Lorne Armstrong__ vs. __NBC Universal Inc.__

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

NBC Universal Inc.

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Donald L. Miller, II__      Admitted: __12/20/85__
(Sixth Circuit admission date only)

Signature: __/s/ Donald L. Miller, II__

Firm Name: __Quintairos, Prieto, Wood & Boyer, P.A.__

Business Address: __9300 Shelbyville Rd.__

Suite: __400__      City/State/Zip: __Louisville, KY 40222__

Telephone Number (Area Code): __(502) 423-6390__

Email Address: __dmiller@qpwblaw.com__

---

**CERTIFICATE OF SERVICE**

I certify that on __11/19/12__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Donald L. Miller, II__

---

6ca-68
6/12