**RECEIVED**

December 10, 2012

DEC 13 2012

**DEBORAH S. HUNT, Clerk**

Lorne Armstrong

332 Waterville Rd.

Skowhegan, ME 04976

Clerk of Court

Deborah S. Hunt

United States Court of Appeals

For The Sixth Circuit

100 E. Fifth Street, Room 540

Cincinnati, Ohio 45202-3988

RE: Originating Case No. 1:11-cv-00067

Appeal No. 12-6193

Dear Clerk of Court:

I am still awaiting the arrival of my medical records with my EDD (Emotional Distress Disorder) Exhibit from KSR. I am sending you a copy of the invoice I received today in the mail to obtain my records. I will be mailing this payment out to KSR (Kentucky State Reformatory) today to ensure that I receive it as soon as possible in order to mail it out to you, the Court of Appeals For the Sixth Circuit. I felt I should keep you up to date on this information.

Thank you for your patience.

Respectfully submitted,

Lorne Armstrong, pro se Appellant



# DEPARTMENT OF CORRECTIONS

| LaDonna H. Thompson | Kentucky State Reformatory | Clark Taylor |
|---|---|---|
| Commissioner | 3001 W. Hwy 146 | Warden |
| | LaGrange, Kentucky 40032 | |
| | Telephone: 502/222-9441 | |
| | www.kentucky.gov | |
| | Medical Records Office ext 4074 | |
| | Fax: (502) 222-5616 | |

December 6, 2012

Lorne Armstrong
332 Waterville Road
Skowhegan, ME 04976

Re: Invoice for Medical Records

Dear Mr. Armstrong

Your request to obtain copies of the medical records has been completed and consists of 27 pages. At the copying rate of $ .10 per page, plus USPS postage, the total amount due is $ 4.80.

Please send a Postal Money Order payable to **Kentucky State Treasurer** to:

**Kentucky State Reformatory
Attn: Medical Records Dept.
3001 W. Highway 146
LaGrange, KY 40032**

Should you have any questions, please don't hesitate to call the Medical Records office at (502) 222-9441 ext. 4074.

Sincerely

Karen Vesty
Medical Records Custodian

/kv
enc

Lorne Armstrong
532 Waterville Rd.
Skowhegan, ME 04976

EASTERN MAINE 044
10 DEC 2012 PM 2 T

Clerk of Court
Deborah S. Hunt
United States Court of Appeals
For The Sixth Circuit
100 E. Fifth Street, Rm 540
Cincinnati, OH 45202-3988

