December 21, 2012

**RECEIVED**

**DEC 2 6 2012**

**DEBORAH S. HUNT, Clerk**
Clerk of Court

Deborah S. Hunt

United States Court of Appeals

100 E. Fifth Street, Room 540

Cincinnati, OH 45202-3988

Lorne Armstrong

332 Waterville Rd.

Skowhegan, ME 04976

RE: Armstrong v. NBC Universal, Inc.

Originating Case No. 1:11-cv-00067

Appeal No. 12-6193

Dear Clerk of Court:

   I have enclosed the Exhibit C that I mentioned in my brief.  Please forgive me for the delay in my ability to obtain it quicker.

   I thank you for your time and patience in this matter.

Sincerely,

Lorne Armstrong

## Kentucky Department of Corrections

Exhibit C

**Armstrong, Lorne**
KY DoC ID **222830**
10/18/1970 (42) M Caucasian
Luther Luckett Correctional

Transfers/Intake: Mental Health Screening (V2) - 03/30/09 20:44
**Behavior/Mental Assessment**

*Current thoughts of self-harm?*
No

*History of suicide attempts?*
No

*On any Psychiatric Medication?*
No

*Any current Mental Health Complaints:*
No

*Being treated, currently, for any Mental Health Problems?*
No

*History of inpatient/outpatient psychiatric treatment?*
No

*Any history of alcohol/drug treatment?*
No

*Evidence of abuse and/or trauma:*
No

*Any history of sexual-victimization or sexually predatory behavior?*
No

*Observation of any of the following symptoms:*
None

*General appearance remarkable based on current observation:*
No

*Disposition:*
Presents as capable of functioning in general population without mental health services.

### Allergies:

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 12/12/2008 |
| No Known Environmental Allergies | | | | | 12/12/2008 |
| No Known Food Allergies | | | | | 12/12/2008 |

### Problems:

| Problem | Code | Source | Status | Begin | Resolved | Notes |
|---|---|---|---|---|---|---|
| O/E: renal calculus | 592.0 | ICD-9 | Confirmed | 12/17/2008 | | hx: had lithotripsy (2007) |

Signed Electronically by Michael Jordan, RN (KSR) Nursing Supervisor, RN on 03/30/09 20:44
*The contents of this document are confidential and restricted to authorized personnel of the Kentucky Department of Corrections.*

# Kentucky Department of Corrections

*Exhibit C*

**Armstrong, Lorne**
KY DoC ID 222830
10/18/1970 (42) M Caucasian
Luther Luckett Correctional

**Psychology Progress Note - 12/07/09 16:16**
**Assessment**

*Progress Notes:*
Inmate self-referred to psychologist this a.m. with reports of emotional distress. Inmate relating that he has been in cell for most of the weekend and has been feeling depressed and upset about his incarceration. Inmate voiced concern about his life circumstances and his ability to manage in prison. He voiced anxiety in relation to leaving the unit ("don't want to get into any trouble that might hurt my case"). Discussed inmate's coping skills thus far, and ways that he can continue to try to take care of himself during sentence. Inmate able to emotionally deescalate with some support. He denies S/I, H/I. Mood was depressed, but thoughts were relevant. Inmate will continue to utilize General Services for support as needed.

Signed Electronically by Jennifer Burleson, Psychologist (KSR, LLCC, RCC) on 12/07/09 16:20

*The contents of this document are confidential and restricted to authorized personnel of the Kentucky Department of Corrections.*

## Kentucky Department of Corrections

Exhibit C

Armstrong, Lorne
KY DoC ID **222830**
10/18/1970 (42) M Caucasian
Luther Luckett Correctional

**Psychology Progress Note - 03/02/10 14:56**
**Assessment**

*Progress Notes:*
Discussion: Met with Mr. Armstrong for scheduled appointment. The inmate was alert and fully oriented. Thoughts were fairly logical and coherent. Mood was depressed and affect tearful. The inmate denied S/I. Mr. Armstrong has been compliant with psychiatric medications but reports continued periods of tearfulness and isolation. Reviewed that medications were just recently started and it would likely take a while to notice benefit. The inmate acknowledged fear of being on the yard due to his case being on TV. He agreed that he needs to develop coping skills other than isolating in cell. Positive coping skills were reviewed. Support and encouragement were provided.

Plan: Session scheduled on 3/26

Signed Electronically by Stephanie Roby, Psychologist (KSR) on 03/02/10 16:02

*The contents of this document are confidential and restricted to authorized personnel of the Kentucky Department of Corrections.*

Lorne J
332 Waterville Rd.
Skowhegan, ME 04976

Clerk of Court
Deborah S. Hunt
United States Court of Appeals
100 E. Fifth Street, Room 540
Cincinnati, OH 45202-3988

